UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ADVANCED MARKETING SERVICES, INC.,<br>a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 06-11480-CSS<br><br>Jointly Administered |
| SIMON & SCHUSTER, INC., a New York corporation,<br><br>Plaintiff,<br><br>- against -<br><br>ADVANCED MARKETING SERVICES, INC., a Delaware corporation,<br><br>Defendant. | <br><br><br><br>Adv. Pro. No. 07-50004-CSS<br><br><br><br>Related Adv. Dkt. Nos. 29, 35, 36 and 39 |

**NOTICE OF COMPLETION OF BRIEFING ON
SIMON & SCHUSTER, INC.'S MOTION FOR LEAVE TO APPEAL**

**PLEASE TAKE NOTICE** that plaintiff Simon & Schuster, Inc. ("S&S") hereby notifies the Court that briefing on S&S' Motion for Leave to Appeal (the "Motion") is complete. The following pleadings relate to the Motion:

1. Motion for Leave to Appeal (filed: February 1, 2007) [Docket No. 29];

2. Advanced Marketing Services, Inc.'s Answer in Opposition to Simon & Schuster, Inc.'s Motion for Leave to Appeal (filed: February 12, 2007) [Docket No. 35];

3. Wells Fargo Foothill, Inc's Answering Brief in Opposition to Simon & Schuster, Inc.'s Motion for Leave to Appeal (filed: February 12, 2007) [Docket No. 36]; and

545386.1 2/21/07

4. Simon & Schuster, Inc.'s Reply in Support of Motion for Leave to Appeal (filed: February 20, 2007) [Docket No. 39].

/s/ Mark Minuti
Mark Minuti (No. 2659)
Jeremy W. Ryan (No. 4057)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel.: (302) 421-6840
Fax: (302) 421-5873

-and-

**KELLEY DRYE & WARREN LLP**
Craig A. Wolfe
Robert L. LeHane
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Co-Counsel to Plaintiff
Simon & Schuster, Inc.

Dated: February 21, 2007